≈AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE_____   District of   __ALABAMA_____

SHATANYA S. WARD

**SUMMONS IN A CIVIL ACTION**

V.

UNIFUND CCR PARTNERS

CASE NUMBER: 1:06CV408-WKW

TO: (Name and address of Defendant)

UNIFUND CCR PARTNERS
c/o THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DAVID G. POSTON, ESQ.
BROCK & STOUT
P.O. DRAWER 311167
ENTERPRISE, AL 36331

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK _____   DATE  5/8/06

(By) DEPUTY CLERK