| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>                                 12 MAY 2006 |
| 1. Article Addressed to:<br><br>UNIFUND CCR PARTNERS<br>% THE CORPORATION TRUST CO.<br>CORPORATION TRUST CTR.<br>1209 ORANGE STREET<br>WILMINGTON, DE 19801 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:    ☐ No<br><br>   06cv408<br>   STC |
| | 3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)         ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 3110 0001 5725 7228 |

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540