IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHATANYA WARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| UNIFUND CCR PARTNERS, | ) CASE NO.: 1:06cv408-WKW |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |

## NOTICE OF APPEARANCE

COMES NOW Robert E. Poundstone IV and respectfully this Notice of Appearance as additional counsel of record on behalf of Defendant, Unifund CCR Partners in the above-styled cause.

Respectfully submitted this the 7th day of November, 2006.

/s/ Robert E. Poundstone IV
Robert E. Poundstone IV

**BRADLEY ARANT ROSE & WHITE LLP**
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, Alabama 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701

2

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies this 7th day of November, 2006, that a copy of the foregoing was delivered via ECF electronic filing or via United States Mail, postage prepaid, to the following:

      David G. Poston, Esq.
      Brock & Stout
      Post Office Drawer 311167
      Enterprise, Alabama 36331


      /s/ Robert E. Poundstone IV
      Robert E. Poundstone IV

1/1508384.1