IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHATANYA WARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:06-cv-408-WKW |
| | ) |
| UNIFUND CCR PARTNERS, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

It is ORDERED that the Order (Doc. # 14) dated May 22, 2007, is VACATED.

Done this 23rd day of May, 2007.

                                    /s/  W.  Keith Watkins
                                UNITED STATES DISTRICT JUDGE